McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHLYNDA M. SILVA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　　Defendant. | CIV-S-04-0195 KJM<br><br>STIPULATION AND ORDER<br>SETTLING ATTORNEY'S FEES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

　　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND SEVEN HUNDRED SIXTY SIX AND 00/100 DOLLARS ($3,766.00). This amount represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

　　　　This stipulation constitutes a compromise settlement of plaintiff's request for all fees and costs

under the EAJA, and does not constitute an admission of liability on the part of defendant under the

EAJA. Payment of the THREE THOUSAND SEVEN HUNDRED SIXTY SIX AND 00/100

DOLLARS ($3,766.00) in fees shall constitute a complete release from and bar to any and all claims

plaintiff may have relating to EAJA fees and costs in connection with this action.

DATED: April 14, 2005      /s/ Gail Stassinos
                                    GAIL STASSINOS
                                    Attorney at Law

                                    Attorney for Plaintiff

DATED: April 25, 2005   McGREGOR W. SCOTT
                                    United States Attorney

                             By: /s/ Bobbie J. Montoya
                                    BOBBIE J. MONTOYA
                                    Assistant U. S. Attorney

                                    Attorneys for Defendant

OF COUNSEL

JANICE L. WALLI
Chief Counsel, Region IX

DENNIS J. MULSHINE
Assistant Regional Counsel

Social Security Administration

_____oOo_____

**ORDER**

Upon stipulation of the parties, plaintiff in Civ-S-04-0195 KJM, <u>JOHLYNDA M. SILVA v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of $3,766.00, pursuant to the Equal Access to Justice Act.

**APPROVED AND SO ORDERED.**

DATED:  April 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE