IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHLYNDA SILVA,

        Plaintiff,                     No. CIV S-04-0195 KJM

   vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.             <u>ORDER</u>

        On January 26, 2006, plaintiff's counsel filed a motion for attorneys' fees under 42 U.S.C. § 406.  Judgment was entered in this action on March 24, 2005.  Based on a stipulation of the parties, EAJA attorneys' fees in the amount of $3,766.00 were awarded on April 27, 2005. Under the scheduling order filed January 29, 2004, any motion for fees in this court was to be filed within thirty days after entry of final judgment and was to be served on the client.  There is no indication that the instant motion was served on the client and no explanation is offered as to why the motion was filed over nine months late.  Counsel's assertion that a copy of the Notice of Award from the Social Security Administration was not received until December 21, 2005 does not obviate the fact that counsel was duly served electronically with notice of the final judgment on March 24, 2005.  L.R. 5-135 (effective Jan. 3, 2005).  Moreover, plaintiff's motion references

1

1  exhibits that have not been filed.  Fundamentally, however, plaintiff's counsel attempt in this
2  court to recover fees for representation at the administrative level is improper.  Section 406 deals
3  with the administrative and judicial review stages separately: § 406(a) governs fees for
4  representation in administrative proceedings; § 406(b) controls fees for representation in court.
5  See also 20 C.F.R. § 404.1728(a).  Although counsel's motion is titled a § 406(b) motion, it in
6  fact relies on § 406(a).
7        For all of the foregoing reasons, IT IS HEREBY ORDERED that the motion for
8  fees under 42 U.S.C. § 406 is denied.
9  DATED: September 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
silva.fee